UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Case No. 23-40908

SHEFA, LLC, Chapter 7

        Debtor. Judge Thomas J. Tucker
_____/

# ORDER DENYING THE DEBTOR'S TWO PENDING MOTIONS, AND CANCELLING APRIL 5, 2023 HEARING

This case is before the Court on two motions that were filed by the Debtor while this case was pending under Chapter 11: (1) the motion entitled "Debtor's Application to Employ Real Estate Broker [etc.]" (Docket # 14, the "Employment Application"); and (2) the motion entitled "Debtor's Motion to Sell Certain Property Pursuant to 11 U.S.C. § 363, [etc.]" (Docket # 38, the "Sale Motion").

Today the Court has converted this case to Chapter 7. As a result, the Debtor no longer has any authority to employ a broker in this case, or to sell property of the bankruptcy estate. Accordingly,

IT IS ORDERED that:

1. The Employment Application (Docket #14) is denied.

2. The Sale Motion (Docket # 38) is denied.

3. The hearing currently scheduled on the Employment Application for April 5, 2023 at 11:00 a.m. is cancelled.

4. This Order is without prejudice to any employment application the Chapter 7 Trustee might file, and without prejudice to any sale motion the Chapter 7 Trustee might file.

**Signed on April 3, 2023**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge