UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 23-40908

SHEFA, LLC,  Chapter 7

    Debtor.  Judge Thomas J. Tucker
_____/

**ORDER REQUIRING THE CITY OF SOUTHFIELD TO FILE A SUPPLEMENT TO ITS RESPONSE TO CREDITOR SAADIA ELHADAD'S OBJECTION TO PROOF OF CLAIM NO. 2**

This case came before the Court for hearings on September 18, 2024 and November 13, 2024, on the objection to claim filed by the creditor Saadia Elhadad (the "Creditor"), entitled "Objection to Proof of Claim 2 of City of Southfield, Michigan" (Docket # 128, the "Claim Objection"). Counsel for the Creditor and counsel for the City of Southfield (the "City") appeared at both hearings. Counsel for the Chapter 7 Trustee appeared at the November 13, 2024 hearing. At the end of that hearing, the Court took the Claim Objection under advisement.

To facilitate the Court's consideration of the Claim Objection, and as the Court indicated it might do during the November 13, 2024 hearing, the Court now will require the City to file a supplement to its response to the Claim Objection.

IT IS ORDERED that no later than November 21, 2024, the City must file a supplement to its response to the Claim Objection, which contains copies of certain of the papers filed in the case of *City of Southfield, Michigan v. Shefa, LLC*, Case No. 2019-175286 (Oakland County, Michigan Circuit Court), and one of the papers filed in the City's appeal to the Michigan Court of Appeals: namely, all of the papers that the Court has highlighted in yellow in the attached copy of the dockets from the foregoing cases (not including any exhibits).

Signed on November 18, 2024  /s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge

# Frxuw#H{sorhu#

Uhjlvwhu#ri#Dfwlrqv#

Go Back Print

**Case Number**
2019-175286-CZ
**Entitlement**
SOUTHFIELD CITY vs. SHEFA
**Judge Name**
YASMINE I. POLES
**Case E-Filed**
YES
**Case Filed**
07/17/2019
**Case Disposed**
09/12/2019

| Date | Code | Desc |
| --- | --- | --- |
| 02/01/2023 | MPS | MIFILE PROOF OF SERVICE FILED |
| 02/01/2023 | MPS | MIFILE PROOF OF SERVICE FILED |
| 02/01/2023 | CVB | BANKRUPTCY |
| 02/01/2023 | ORD | ORDER FILED BANKRUPTCY STAY |
| 01/30/2023 | MPS | MIFILE PROOF OF SERVICE FILED |

| Date | Code | Desc |
| --- | --- | --- |
| 01/30/2023 | BRF | BRIEF FILED RES TO MTN MODIFY ORD APPT RECEIVER/ |
| 01/30/2023 | MPS | MIFILE PROOF OF SERVICE FILED |
| 01/30/2023 | REP | REPLY FILED TO RES BRF TO MTN MODIFICATION/POS/Pl |
| 01/30/2023 | MPS | MIFILE PROOF OF SERVICE FILED |
| 01/30/2023 | MEM | MEMORANDUM FILED OF LAW STRIKE PLF REP BRF/DFT |
| 01/25/2023 | MPR | MOTION PRAECIPE FILED FOR 02012023 JUDGE 11 |
| 01/25/2023 | MTN | MOTION FILED MOD ORD APPT RECVR/NOH/POS/PLF |
| 01/25/2023 | MPS | MIFILE PROOF OF SERVICE FILED |
| 01/24/2023 | ORD | ORDER FILED GRANT MTN APPNT RECVR |
| 01/24/2023 | MPS | MIFILE PROOF OF SERVICE FILED |
| 01/24/2023 | NOH | NOTICE OF HEARING FILED /POS |
| 01/17/2023 | ORD | ORDER FILED GRT MTN FOR LEAVE TO FILE AMD CMPLT |
| 01/17/2023 | ORD | ORDER FILED GRT MTN APPT RECEIVER |
| 01/17/2023 | MPS | MIFILE PROOF OF SERVICE FILED |
| 01/17/2023 | OBJ | OBJECTION FILED TO PLF PROP ORD/POS/NOH/DFT |
| 01/17/2023 | ORD | ORDER FILED STRIKE ORD RE RECEIVER |
| 01/17/2023 | MPR | MOTION PRAECIPE FILED FOR 01252023 JUDGE 11 |
| 01/17/2023 | MPS | MIFILE PROOF OF SERVICE FILED |

| Date | Code | Desc |
| --- | --- | --- |
| 01/17/2023 | AMC | AMENDED COMPLAINT FILED /PLF |
| 01/10/2023 | MPS | MIFILE PROOF OF SERVICE FILED |
| 01/10/2023 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 01/10/2023 | NTC | NOTICE FILED 7 DAY/POR |
| 01/06/2023 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 01/06/2023 | MPS | MIFILE PROOF OF SERVICE FILED |
| 01/06/2023 | NTC | NOTICE FILED 7 DAY/POR |
| 01/04/2023 | OTH | ZOOM VIDEO APPEARANCE |
| 01/04/2023 | M | MOTION AMEND COMPLAINT - GRANTED |
| 01/04/2023 | M | MOTION APPOINT RECEIVER - GRANTED |
| 01/03/2023 | OTH | SUPPLEMENT TO RENEWED MTN APPT RECEIVER FILED |
| 01/03/2023 | MPS | MIFILE PROOF OF SERVICE FILED |
| 12/29/2022 | BRF | BRIEF FILED /RES/MTN LV AMD CMPLT/POS/SHEFA |
| 12/29/2022 | MPS | MIFILE PROOF OF SERVICE FILED |
| 12/29/2022 | BRF | BRIEF FILED /RES/RENEW MTN APPT RECVR/POS/SHEFA |
| 12/22/2022 | MPR | MOTION PRAECIPE FILED FOR 01042023 JUDGE 11 |
| 12/22/2022 | MPR | MOTION PRAECIPE FILED FOR 01042023 JUDGE 11 |
| 12/05/2022 | MPS | MIFILE PROOF OF SERVICE FILED |

| Date | Code | Desc |
|---|---|---|
| 12/05/2022 | MTN | MOTION FILED APPT RECVR/BRF/NOH/PLF |
| 12/05/2022 | MPS | MIFILE PROOF OF SERVICE FILED |
| 12/05/2022 | NOH | NOTICE OF HEARING FILED /POS |
| 12/01/2022 | MPS | MIFILE PROOF OF SERVICE FILED |
| 12/01/2022 | MTN | MOTION FILED FILE 1ST AMD CMPLT/NOH/CITY STHFLD |
| 07/01/2022 | ORD | ORDER FILED SUP CT |
| 07/01/2022 | ORD | ORDER FILED SUP CT |
| 03/24/2022 | MPS | MIFILE PROOF OF SERVICE FILED |
| 03/24/2022 | NTC | NOTICE FILED APPLICATION LV FILE APPEAL TO SUPREM |
| 02/10/2022 | ORD | ORDER FILED COA |
| 01/02/2021 | OJR | CASE REASSIGNED FROM JUDGE JARBOU TO JUDGE POL |
| 11/19/2020 | SEN | SENT TO COA/FTP/JM |
| 11/09/2020 | NTC | NOTICE FILED REQ FOR FILE COA |
| 01/31/2020 | MPS | MIFILE PROOF OF SERVICE FILED |
| 01/31/2020 | NTC | NOTICE FILED FILING TRANSCRIPT |
| 01/31/2020 | TRN | TRANSCRIPT FILED MTN/08/21/19 |
| 01/06/2020 | TRN | TRANSCRIPT FILED MTN 9/11/19 |
| 01/06/2020 | MPS | MIFILE PROOF OF SERVICE FILED |

| Date | Code | Desc |
| --- | --- | --- |
| 01/06/2020 | NTC | NOTICE FILED FILING TRN/POS |
| 11/05/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 11/05/2019 | CCR | CERTIF CT REPORTER FILED |
| 10/09/2019 | CCR | CERTIF CT REPORTER FILED |
| 10/09/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 10/02/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 10/02/2019 | CA | CLAIM OF APPEAL FILED PLF |
| 09/12/2019 | FDS | FINAL DISP-SUMMARY DISP |
| 09/12/2019 | OPN | OPINION FILED ORD GRANT DFT MTN SUM DISP |
| 09/11/2019 | DM | DEFENSE MOTION SD AND SANCTIONS-TUA |
| 09/04/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 09/04/2019 | REP | REPLY FILED TO RES TO MTN FOR SUM DISP/POS/DFT |
| 08/28/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 08/28/2019 | BRF | BRIEF FILED OPP MTN SUM DISP/SOUTHFIELD |
| 08/28/2019 | BRF | BRIEF FILED OPP MTN SUM DISP/SOUTHFIELD |
| 08/23/2019 | ORD | ORDER FILED DENY PLF MTN RECONSID |
| 08/22/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 08/22/2019 | MTN | MOTION FILED FOR RECON/BRF/POS/PLF |

| Date | Code | Desc |
|---|---|---|
| 08/21/2019 | ORD | ORDER FILED DISMISS ELBAZ BLDG |
| 08/21/2019 | M | MOTION APPT RECEIVER-TUA |
| 08/21/2019 | SO | SCHEDULING ORDER FILED DENY MTN APPNT RECEIVER |
| 08/20/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 08/20/2019 | DIS | DISMISSAL GRANTED AS TO ELBAZ ONLY |
| 08/19/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 08/15/2019 | BRF | BRIEF FILED TO MTN APPNT RECEIVER/POS/DFT |
| 08/15/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 08/14/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 08/14/2019 | MPR | MOTION PRAECIPE FILED FOR 09112019 JUDGE 11 |
| 08/14/2019 | MTN | MOTION FILED SUM DISP/SANCTIONS/BRF/DFT |
| 08/14/2019 | SO | SCHEDULING ORDER FILED MTN SUM DISP BRF |
| 08/02/2019 | APP | APPEARANCE FILED /POS/SHEFA |
| 08/02/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 08/01/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 08/01/2019 | NOH | NOTICE OF HEARING FILED |
| 08/01/2019 | MPR | MOTION PRAECIPE FILED FOR 08212019 JUDGE 11 |
| 07/31/2019 | MPR | MOTION PRAECIPE FILED FOR 08072019 JUDGE 11 |

| Date | Code | Desc |
|---|---|---|
| 07/31/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 07/31/2019 | MTN | MOTION FILED APPOINT RECEIVER/NOH/PLF |
| 07/30/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 07/30/2019 | SUM | P/S ON SUMMONS FILED 07/24/19 |
| 07/25/2019 | REA | ORDER FILED REASSIGNING /ALEXANDER |
| 07/24/2019 | OPN | OPINION FILED & ORD RMV CASE FROM BUSINESS COUR |
| 07/24/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 07/24/2019 | SUM | P/S ON SUMMONS FILED 07/24/19 |
| 07/24/2019 | SUM | P/S ON SUMMONS FILED 07/24/19 |
| 07/24/2019 | CTC | ORD CHNG CASE TYPE FILED CB |
| 07/22/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 07/22/2019 | MTN | MOTION FILED APPOINT RECVR/BRF/NOH/PLF |
| 07/22/2019 | MPR | MOTION PRAECIPE FILED FOR 07312019 JUDGE 02 |
| 07/17/2019 | C | COMPLAINT FILED /NTC ASSIGN BUS CT |
| 07/17/2019 | NTC | NOTICE FILED OF LIS PENDENS |
| 07/17/2019 | MPS | MIFILE PROOF OF SERVICE FILED |
| 07/17/2019 | SI | SUMMONS ISSUED |
| 07/17/2019 | SI | SUMMONS ISSUED |

| Date | Code | Desc |
|---|---|---|
| 07/17/2019 | SI | SUMMONS ISSUED |
| 07/17/2019 | MPS | MIFILE PROOF OF SERVICE FILED |

`Vkrz lqj#4#wr#448#ri#448#hfrugv#`

# CITY OF SOUTHFIELD V SHEFA LLC

Lower Court/Tribunal
OAKLAND CIRCUIT COURT
Judge(s)
JARBOU HALA Y

Docket Case Documents
Case Number
Case Status
**MSC** Closed
**COA** Case Concluded; File Archived
Published Case Citation(s)
340 Mich App 391

_____

### 1
## SOUTHFIELD CITY OF
Plaintiff – Appellant

Attorney(s}
### GERISH JEFFREY C
#51338, Retained

### 2
## SHEFA LLC
Defendant - Appellee

Attorney(s}
### HERSCHFUS BRIAN H
#41567, Retained

### 3
## ELBAZ/BUILDING LLC
Defendant

### 4
## ELBAZ BUILDING
doing business as

### 5
## ELBAZ BUILDING LLC
doing business as

_____

### 1
## SOUTHFIELD CITY OF
Plaintiff

Attorney(s)
Jeffrey C. Gerish
#51338

### 2
### SHEFA LLC
Defendant
Attorney(s)
Brian H. Herschfus
#41567

### 3
### ELBAZ/BUILDING LLC
Defendant

### 4
### ELBAZ BUILDING
doing business as

### 5
### ELBAZ BUILDING LLC
doing business as

[ **Collapse All** ] [ Expand All ]

10/02/2019 1 Claim of Appeal - Civil +
09/12/2019 2 Order Appealed From +
10/02/2019 3 Transcript Requested By Atty Or Party +
10/04/2019 4 Appearance - Appellee +
10/09/2019 5 Steno Certificate - Tr Request Received +
10/30/2019 6 Docketing Statement MCR 7.204H +
11/05/2019 7 Steno Certificate - Tr Request Received +
01/06/2020 8 Notice Of Filing Transcript +
01/31/2020 9 Notice Of Filing Transcript +
03/20/2020 1 0 Stipulation: Extend Time - AT Brief +
07/01/2020 12 Motion: Extend Time - Appellant +
07/14/2020 1 3 Submitted on Administrative Motion Docket +
07/14/2020 14 Order: Extend Time - Appellant Brief - Grant +
08/07/2020 1 5 Brief: Appellant +
09/09/2020 1 6 Stipulation: Extend Time - AE Brief +

| Date | Doc # | Description |
|---|---|---|
| 10/07/2020 | 17 | Motion: Extend Time - Appellee |
| 10/13/2020 | 18 | Submitted on Administrative Motion Docket |
| 10/13/2020 | 19 | Order: Extend Time - Appellee Brief - Grant |
| 11/06/2020 | 21 | Brief: Appellee |
| 11/07/2020 | 20 | Noticed |
| 11/19/2020 | 22 | Electronic Record Filed |
| 11/25/2020 | 24 | Brief: Reply |
| 08/04/2021 | 32 | Submitted on Case Call |
| 08/04/2021 | 33 | Oral Argument Audio |
| 11/23/2021 | 34 | Motion: Supplemental Brief |
| 12/07/2021 | 35 | Submitted on Motion Docket Affecting Call |
| 12/07/2021 | 36 | Order: Supplemental Brief - Grant |
| 12/07/2021 | 37 | Brief: Supplemental Brief - AT |
| 02/10/2022 | 40 | Opinion - Authored - Published |
| 03/24/2022 | 41 | Other |
| 03/24/2022 | 42 | Application for Leave to set |
| 03/25/2022 | 43 | Supreme Court: set Case Caption |
| 03/25/2022 | 44 | Supreme Court: Miscellaneous Filing |
| 04/21/2022 | 45 | Supreme Court: Answer - set Application/Complaint |
| 05/12/2022 | 46 | Supreme Court: Reply - set Application/Complaint |
| 06/28/2022 | 47 | Supreme Court Order: Deny Application/Complaint |
| 06/30/2022 | 48 | File Closed-Out |
| 04/21/2023 | 49 | Michigan Appeals Reports Publication |
| 09/13/2024 | 51 | Electronic Record Purged |